## SUTHERLAND v. GILLESPIE.

(Circuit Court of Appeals, Eighth Circuit. November 5, 1919.)

No. 5345.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

Suit between Z. W. Sutherland and E. N. Gillespie. From a decree for the latter, the former appeals. Affirmed.

John B. Arnold, of Duluth, Minn., and P. W. Cress, of Perry, Okl., for appellant.

Robert J. Dodds, of Pittsburgh, Pa., and C. B. Ames, of Oklahoma City, Okl. (W. A. Sipe, Jr., of Tulsa, Okl., on the brief), for appellee.

Before HOOK and STONE, Circuit Judges, and AMIDON, District Judge.

STONE, Circuit Judge. This case is a companion case to Frank Wright v. E. N. Gillespie, 261 Fed. 46, —— C. C. A. ——, Dennis O'Donnell v. E. N. Gillespie, 261 Fed. 48, —— C. C. A. ——, and R. F. Howe v. E. N. Gillespie, 261 Fed. 48, —— C. C. A. ——, decided during this term. For the reasons given in those cases, the judgment in this case is affirmed.

---

## RENFROW v. GILLESPIE.

(Circuit Court of Appeals, Eighth Circuit. November 5, 1919.)

No. 5344.

Appeal from the District Court of the United States for the Western District of Oklahoma; John H. Cotteral, Judge.

Suit between William A. Renfrow and E. N. Gillespie. From a decree for the latter, the former appeals. Affirmed.

John B. Arnold, of New York City, and P. W. Cress, of Perry, Okl., for appellant.

Robert J. Dodds, of Philadelphia, Pa., and C. B. Ames, of Oklahoma City, Okl. (W. A. Sipe, Jr., of Tulsa, Okl., on the brief), for appellee.

Before HOOK and STONE, Circuit Judges, and AMIDON, District Judge.

STONE, Circuit Judge. This case is a companion case to Frank Wright v. E. N. Gillespie, 261 Fed. 46, —— C. C. A. —— (Dennis O'Donnell v. E. N. Gillespie, 261 Fed. 48, —— C. C. A. —— and R. F. Howe v. E. N. Gillespie, 261 Fed. 48, —— C. C. A. ——, decided during this term. For the reasons given in those cases the judgment in this case is affirmed.

---

## KUMPULA v. UNITED STATES.

(Circuit Court of Appeals, Ninth Circuit. October 27, 1919.)

No. 3326.

1. ARMY AND NAVY ☞40—INDICTMENT AND INFORMATION ☞110(3)—ESPIONAGE ACT; INDICTMENT IN LANGUAGE OF STATUTE.

Where the charge is the willful and intentional doing of certain acts, by making certain statements with certain intentions, and such acts are made criminal by Espionage Act, tit. 1, § 3, as amended by Act May 16, 1918, § 1 (Comp. St. 1918, § 10212c), an indictment which follows the